IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CLEVELAND ELLISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 05-2135-KHV** |
| **CAR BRITE AND AUTO ELEGANCE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER REMANDING TO STATE COURT

Now on this 17th day of August 2005, this matter comes before the Court on <u>Plaintiff's Objection To Defendants Notice Of Removal</u> (Doc. #5) filed May 13, 2005, which the Court construes as a motion to remand. Defendant does not oppose plaintiff's motion. <u>See Defendant's Response To Plaintiff's Motion To Remand</u> (Doc. #8) filed August 8, 2005. For good cause shown, the motion is **GRANTED**.

**IT IS ORDERED** that <u>Plaintiff's Objection To Defendants Notice Of Removal</u> (Doc. #5) filed May 13, 2005 be and hereby is **SUSTAINED**. This case is **REMANDED** to the District Court of Wyandotte County, Kansas.

The Clerk is directed to REMAND the case to the district court of Wyandotte County, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge